# Court of Appeals, State of Michigan

## ORDER

Brunt Associates, Inc. v Department of Treasury

Docket No. 328253

LC No. 00-461270

Donald S. Owens
Presiding Judge

Joel P. Hoekstra

Jane M. Beckering
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued November 17, 2016 is hereby VACATED. An amended opinion with minor clarification based on the issues briefed by the parties associated with the motion for reconsideration is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 03 2017

Date

Chief Clerk